# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

ROBERT A. PICKETT, )
)
    Plaintiff, )
v. ) Case No. CV406-251
)
BRYAN COUNTY, BRYAN COUNTY )
SHERIFF'S DEPARTMENT, BRYAN )
COUNTY JAIL, CITY OF RICHMOND )
HILL, RICHMOND HILL POLICE )
DEPT., MICHAEL LARSON, JUDGE )
THOMAS A. WATERS, JUDGE DALE )
MITCHUM, BRYAN COUNTY JAIL )
SECRETARY, BRYAN COUNTY JAIL )
ADMINISTRATOR, CAPT. JACOBS, )
OGEECHEE CIRCUIT PUBLIC )
DEFENDER'S OFFICE, KATHLEEN )
JENNINGS, BRYAN COUNTY )
PUBLIC DEFENDER'S OFFICE, and )
CITY OF PEMBROKE, )
)
    Defendants. )

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 26 day of April, 2007.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA